JUDGE TANA LIN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>  vs.<br><br>DAVID SUBIL<br>        Defendant. | NO. CR 23-030-TL<br><br>[PROPOSED] ORDER GRANTING MOTION TO MODIFY APPEARANCE BOND CONDITIONS |

Defendant's unopposed motion to modify his appearance bond conditions to allow the pretrial services officer to temporarily remove the GPS location monitoring ankle bracelet prior to his knee surgery and to replace the device after his surgery is granted. All other conditions of Mr. Subil's appearance bond shall remain in force.

DATED this 22nd day of July, 2024.

_____
Tana Lin
United States District Judge

-1-

Order
(United States v. David Subil CR23-030-TL)