JUDGE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID SUBIL,<br><br>  Defendant. | No. CR23-030-TL<br><br>ORDER ON MOTION OF<br>COUNSEL TO WITHDRAW |

The Court having reviewed defense counsel's motion to withdraw and the declaration of counsel finds good cause for the motion and hereby grants the motion to withdraw.

Dated this 2nd day of September 2025 .

_____
Michelle L. Peterson,
United States Magistrate Judge

Motion to Withdraw
(USA v. David Subil CR 23-030 TL) 1

PETER A. CAMIEL
CAMIEL & CHANEY P.S.
2800 First Ave. Suite 309
Seattle, WA  98121
(206)817-0778