UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>DAVID SUBIL,<br><br>    Defendant. | CASE NO. 2:23-cr-00030-TL-1<br><br>**ORDER REVOKING BOND AND DETENTION ORDER** |

Defendant appeared on allegations that he violated his order of release and appearance bond. The Court conducted a hearing and finds Defendant violated conditions of release by absconding supervision and there are no conditions which the defendant can meet which would reasonably assure defendant will not flee or abide by conditions of release.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant absconded pretrial supervision after he cut off his electronic monitoring device. He was a fugitive for a number of months before he was rearrested and brought before the Court. Defendant's conduct establishes he is a risk to flee and will not abide by conditions of release.

It is therefore **ORDERED**:

ORDER REVOKING BOND AND
DETENTION ORDER - 1

(1)    The Court revokes Defendant's appearance bond. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 16th day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REVOKING BOND AND
DETENTION ORDER - 2