UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>DAVID SUBIL,<br>Defendant. | CASE NO. 2:23-cr-00030-TL<br><br>SUPPLEMENT TO ORDER ON DEFENDANT SUBIL'S EX PARTE MOTION FOR RULE 17 SUBPOENA TO ARCTIC SEAFOODS |

This matter is before the Court on Defendant David Subil's Ex Parte Motion for Rule 17 Subpoena to Arctic Seafood (Dkt. No. 187). Having reviewed Defendant's supplemental memo (Dkt. No. 199), the Court supplements its Order on Defendant's motion for a subpoena (Dkt. No. 165) and DIRECTS the Clerk of Court to unseal (a) the Rule 17 Subpoena filed at Docket Number 187-1, (b) the Court's orders regarding the application for a subpoena filed at Docket Numbers 197 and 201.[1]

Dated this 13th day of October, 2026.

Tana Lin
United States District Judge

[1] The Court's order erroneously listed the recipient of the subpoena in the first paragraph of the order.